Fred von Lohmann (SBN 192657)
*fred@eff.org*
Jason Schultz (SBN 212600)
*jason@eff.org*
Corynne McSherry (SBN 221504)
*corynne@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x123
Facsimile: (415) 436-9993

Attorneys for Plaintiff MoveOn.org Civic Action

Lawrence Lessig
Anthony T. Falzone (SBN 190845)
STANFORD LAW SCHOOL CENTER FOR
INTERNET AND SOCIETY
559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 736-9050
Facsimile: (650) 723-4426
E-mail:     falzone@stanford.edu

Attorneys for Plaintiff Brave New Films, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOVEON.ORG CIVIC ACTION and BRAVE NEW FILMS, LLC,<br><br>                     Plaintiffs,<br><br>    v.<br><br>VIACOM INTERNATIONAL, INC.,<br><br>                     Defendant. | No. C 07 1657 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Trial Date: No date set |

-1-
VOLUNTARY DISMISSAL
CASE NO. C 07 1657 MEJ

Dockets.Justia.com

1     NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Proc. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

DATED: April 23, 2007

                                        By       //s//
                                                Fred von Lohmann, Esq. (SBN 192657)
                                                Jason M. Schultz, Esq. (SBN 212600)
                                                Corynne McSherry, Esq. (SBN 221504)
                                                ELECTRONIC FRONTIER FOUNDATION
                                                454 Shotwell Street
                                                San Francisco, CA 94110
                                                Telephone:    (415) 436-9333 x123
                                                Facsimile:    (415) 436-9993

                                                Attorneys for Plaintiff MoveOn.org Civic Action

DATED: April 23, 2007

                                        By       //s//
                                                Lawrence Lessig
                                                Anthony T. Falzone (SBN (190845)
                                                STANFORD LAW SCHOOL CENTER FOR INTERNET AND SOCIETY
                                                559 Nathan Abbott Way
                                                Stanford, California 94305-8610
                                                Telephone:    (650) 736-9050
                                                Facsimile:    (650) 723-4426

                                                Attorneys for Plaintiff Brave New Films, LLC

**PROOF OF SERVICE**

I, Leticia Perez, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On April 23, 2007, at the above-referenced address, I served the attached **NOTICE OF DISMISSAL** on the interested parties in said cause by

___ personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

_X_ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

Michael D. Fricklas
EVP, General Counsel & Secretary
Viacom Inc.
1515 Broadway
New York, NY 10036
P: 212-258-6070
F: 212-258-6099

___ facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine telephone number (415) 436-9993, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

___ consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: APRIL 23, 2007                         //s//
                                              LETICIA PEREZ